# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150677

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

BRANDON MICHAEL HALL,
      Defendant-Appellee.

SC: 150677
COA: 321045
Ottawa CC: 13-037857-AR

_____/

     On order of the Court, the application for leave to appeal the October 23, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing: (1) whether MCL 168.937 and MCL 168.544c conflict such that the defendant's conduct may only be charged under the latter statute; (2) whether the 'rule of lenity' is relevant in this case; and (3) whether charging the defendant with felony forgery under MCL 168.937 would violate his due process rights. The parties should not submit mere restatements of their application papers.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2015



s0519

Clerk